DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  matthew.knepper@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE R. ISOM,<br><br>                                  Plaintiff,<br><br>v.<br><br>TRANSUNION LLC; BANK OF AMERICA, N.A., and OCWEN LOAN SERVICING, LLC,<br><br>                                  Defendants. | Case No.:  2:16-cv-00048-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME BANK OF AMERICA N.A. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Bank of America, N.A. (**BANA**) fourteen additional days from the date of entry of this order to file a responsive pleading to Plaintiff Katherine Isom's (**Plaintiff**) complaint.  Plaintiff filed her complaint on January 11, 2016.  ECF No. 1. Pursuant to Stipulation of the parties, BANA shall have until February 18, 2016 to file a responsive pleading.  This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

{37485359;1}

Katherine R. Isom v. Bank of America, N.A., et al
2:16-cv-00048-JCM-PAL

This is the parties' first request for an extension.

DATED this 4th day of February, 2016.

| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **AKERMAN LLP** |
|---|---|
| /s/ *Kevin Hernandez*<br>KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No 12594<br>2879 St. Rose Parkway, Suite 130A<br>Henderson, NV 89052<br><br>*Attorney for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Bank of America, N.A.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __ February 5, 2016 _____

{37485359;1}

2