Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHERINE R. ISOM, an individual; | Case No.: 2:16-cv-00048-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE** |
| TRANS UNION, LLC., a foreign limited-liability company; BANK OF AMERICA N.A., a national bank association; OCWEN LOAN SERVICING, LLC, a foreign limited-liability company. | |
| Defendants. | |

Plaintiff, Katherine R. Isom, and Defendant, Bank of America, N.A. ("BANA") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

Therefore, the Parties stipulate and agree, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to BANA, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 9th day of June, 2016.                DATED this 9th day of June, 2016.

**LAW OFFICE OF**                                **AKERMAN LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                         */s/ Matthew Knepper*
Kevin L. Hernandez, Esq.                         Matthew Knepper, Esq.
9555 S. Eastern Avenue, Suite 220A               Nevada Bar No. 12796
Las Vegas, Nevada 89123                          1160 Town Center Drive, Suite 330
P: (702) 563-4450                                Las Vegas, Nevada 89144
F: (702) 552-0408                                *Attorneys for Bank of America, N.A.*
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A.

Pursuant to the stipulation of the Parties under FRCP 41(a), BANA is dismissed with prejudice, and each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 17, 2016