Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE R. ISOM, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC., a foreign limited-liability company; BANK OF AMERICA N.A., a national bank association; OCWEN LOAN SERVICING, LLC., a foreign limited-liability company.<br><br>Defendants | Case No.:   2:16-cv-00048-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff Katherine R. Isom and Defendant Trans Union LLC ("Trans Union") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties in the above-referenced matter;

///

///

///

///

///

///

///

///

Accordingly, the Parties stipulate and agree, by and through their respective attorneys of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Trans Union, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 19th day of July, 2016.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff*

DATED this 19th day of July, 2016.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

### ORDER OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE

Pursuant to the foregoing stipulation of the Parties under FRCP 41(a), Trans Union shall be dismissed with prejudice, and the Parties shall bear their own attorneys' fees and costs incurred herein.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 20, 2016

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** was electronically served to the following parties.

Darrell Dennis, Esq.
Jason Revzin, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Darrell.dennis@lewisbrisbois.com
Jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Dated this 19th day of July, 2016.

                                            */s/ Amanda Muick*          .